IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA, for
the use and benefit of
MESA VERDE ENTERPRISES, INC.,
a New Mexico corporation,

    Plaintiffs,

v.                                              NO.: 2:11-cv-180-MV-CG

SOUTHWEST CONCRETE PAVING CO.,
an Arizona corporation,
TOLTEST, INC., an Ohio corporation,
FIDELITY AND DEPOSIT COMPANY OF
MARYLAND, a Maryland corporation, and
ZURICH AMERICAN INSURANCE COMPANY,
a New York corporation,

    Defendants.

SOUTHWEST CONCRETE PAVING. CO.,
an Arizona corporation,

    Counterclaimant,

v.

MESA VERDE ENTERPRISES, INC.,
a New Mexico corporation,

    Counterdefendant.

## ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** comes before the Court on the parties' *Joint Motion for Extension of Time*. (Doc. 19). The parties seek an extension until May 19, 2011, to file their joint status report and provisional discovery plan. (*Id.*). The Court, having considered the motion, noting that it is

unopposed, and otherwise being fully advised in the premises, **FINDS** that the motion is well taken and should be granted

    **IT IS THEREFORE ORDERED** that the parties' *Joint Motion for Extension of Time*, (Doc. 15), be **GRANTED**. The joint status report and provisional discovery plan shall be due on May 19, 2011.

_____
HON. CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

/s/ electronically submitted 5-10-11
John D. Wheeler, Esq.
P.O. Box 1810
Alamogordo, NM  88311-1810
(575) 437-5750 (Telephone)
(575) 437-3557 (Facsimile)
jdw@jdw-law.com
*Attorney for Plaintiff Mesa Verde Enterprises,* **Inc.**

APPROVED:

CHEIFETZ IANNITELLI MARCOLINI, P.C.

/s/ approved 5-10-11
_____
David I. Bacon, Esq.
John J. Smalanskas, Esq.
111 West Monroe Street, 17th Floor
(602) 952-6000 (telephone)
(602) 952-7020 (Facsimile)
dib@cimlaw.com
*Counsel for all Defendant/Counterclaimant and Defendants*