IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA, for
the use and benefit of
MESA VERDE ENTERPRISES, INC.,
a New Mexico corporation, and
MESA VERDE ENTERPRISES, INC.,
a New Mexico corporation.

    Plaintiffs,

v.                                                                      NO.: 2:11-cv-00180-MV-CG

SOUTHWEST CONCRETE PAVING CO.,
an Arizona corporation,
TOLTEST, INC., an Ohio corporation,
FIDELITY AND DEPOSIT COMPANY OF
MARYLAND, a Maryland corporation, and
ZURICH AMERICAN INSURANCE COMPANY,
a New York corporation,

    Defendants.

SOUTHWEST CONCRETE PAVING CO.,
an Arizona corporation,

    Counterclaimant,
v.

MESA VERDE ENTERPRISES, INC.,
a New Mexico corporation,

    Counterdefendant

## ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** comes before the Court on Plaintiffs' *Unopposed Motion for Extension of Time*. (Doc. 37). Plaintiffs seeks an extension of time for both parties to file their expert witness reports. In support of the motion, Plaintiffs states that they have retained an expert specializing in "chemical reactions in cementitious materials" and that

the expert requires five weeks to analyze concrete core samples which were provided on August 2, 2011. (*Id.* at 2). Plaintiffs seek to extend the deadline to submit their expert witness report to September 30, 2011, and to extend the deadline for Defendants to submit their expert witness reports to October 28, 2011. (*Id.*). The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** the motion to be well-taken.

**IT IS THEREFORE ORDERED** that Plaintiffs' *Unopposed Motion for Extension of Time*, (Doc. 37), be **GRANTED**. The deadlines for Plaintiffs and Defendants to file their expert witness reports are hereby extended to September 30, 2011, and October 28, 2011, respectively.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE