IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MESA VERDE ENTERPRISES, INC., et al.**

      **Plaintiffs,**

v.                                                                  No. 2:11-cv-00180 MV-CG

**SOUTHWEST CONCRETE PAVING CO., et al.**

      **Defendants.**

## STIPULATED ORDER EXTENDING TIME TO FILE CLOSING DOCUMENTS

**THIS MATTER** comes before the Court on the parties' *Unopposed Motion for Extension of Time*, (Doc. 85). The parties seek a fourteen day extension of the deadline to submit closing documents. The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** that the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for the parties to file the closing documents be extended for fourteen (14) days. Closing documents are due on or before March 26, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE